# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA MICHAEL MEJIA,<br><br>        Petitioner,<br><br>   v.<br><br>HARRINGTON,<br><br>        Respondent.<br>_____/ | 1:09-cv-01885-SMS (HC)<br><br>ORDER DISREGARDING PETITIONER'S MOTIONS FOR EXTENSIONS OF TIME TO FILE TRAVERSE AS MOOT<br><br>[Docs. 33, 34, 35, 38, 39] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge. Local Rule 305(b).

    Petitioner has filed several motions for extensions of time to file a traverse to Respondent's answer. Inasmuch as Petitioner filed his traverse on September 14, 2010, all the pending motions for extensions of time are HEREBY DISREGARDED as MOOT.

IT IS SO ORDERED.

Dated:   September 20, 2010                    /s/ Sandra M. Snyder
                                                       UNITED STATES MAGISTRATE JUDGE